[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13678
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 8, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00027-CV-WCO-2

MARVIN HOFFMAN,

Plaintiff-Appellant,

versus

BARBARA CRAWFORD,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 8, 2008)**

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in this case is affirmed for the reasons set

forth in the ORDER of the district court dated July 11, 2007.

AFFIRMED.